THE PEOPLE, RESPONDENT, *v.* SANDERS, APPELLANT.

APPEAL from the District Court of San Juan, Section 2.

No. 528.—Decided February 5, 1913.

CRIMINAL LAW—EXCEPTIONS—CONFLICTING EVIDENCE.—In cases where the evidence is conflicting and it does not appear that the appellant noted any exceptions to the rulings of the court below during the trial, and where there is no reason to question the weighing of the evidence by the trial court, the judgment appealed from should be affirmed.

The facts are stated in the opinion.
*Mr. Charles E. Foote, fiscal,* for The People.
The appellant did not appear.
MR. JUSTICE ALDREY delivered the opinion of the court.

The appellant, Luis Sanders, was tried in the District Court of San Juan, Section 2, on appeal from a conviction on

a complaint filed against him and others for disturbing the public peace during a fight in which they engaged, thus rais-ing a disturbance in the neighborhood, and this is an appeal from the judgment of conviction rendered against him there.

The transcript of the record contains a statement of the case duly approved by the judge of the court below, but the appellant failed to file a brief or to appear at the hearing of the appeal. The *fiscal* of this court both in his written statement and in his oral argument asked this court to affirm the judgment.

The transcript before us does not show that the appellant took exception to any of the rulings of the court below dur-ing the progress of the trial, and the evidence being contra-dictory and the conflict having been adjusted by the lower court there is no reason why we should disturb its findings.

No error having been committed rendering the judgment appealed from null and void the same should be affirmed.

*Affirmed.*

Chief Justice Hernández and Justices MacLeary, Wolf and del Toro concurred.